IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALLISON BOURN,

    Plaintiff,

vs.                                     CASE NO.:

TARGET CORPORATION, a Foreign
Profit Corporation,

    Defendants.
_____/

## DEFENDANT TARGET CORPORATION'S NOTICE OF REMOVAL

Defendant Target Corporation (hereinafter "Defendant"), by and through its undersigned attorneys and pursuant to 28 U.S.C. § 1446, files with this Court a Notice of Removal of the above-captioned matter from the First Judicial Circuit, in and for Escambia County, Florida. In support of the removal of this action, Defendant states as follows:

1. Plaintiff Allison Bourn has filed a civil action in the Circuit Court, First Judicial Circuit, in and for Escambia County, Florida, Case No. 20-CA-00976, for claimed injuries allegedly due to an incident in which Ms. Bourn allegedly slipped and fell on the Defendant's premises on December 22, 2019 in Escambia County, Florida. True and correct copies of all process and pleadings served by or upon Defendant, as provided by 28 U.S.C. § 1446(a), are attached hereto as Exhibit "A".

2. Defendant removes this action on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332 and § 1441.

3. At the time of the incident alleged in Plaintiff's Complaint, Plaintiff was a citizen and resident of Escambia County, Florida. (Complaint ¶2).

4. Defendant Target Corporation, at all relevant times, has been a domiciliary of the State of Minnesota, is incorporated in Minnesota, and has its principal place of business in Minnesota.

5. The Complaint alleges the damages "exceed Thirty Thousand Dollars ($30,000.00)." (Complaint ¶1). Plaintiff's claimed damages include: bodily injury, pain and suffering, disability, disfigurement, mental anguish, permanent and significant scarring, mental anguish, loss of capacity for enjoyment of life, hospitalization expenses, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. (Complaint ¶11). Plaintiff claims these losses are either permanent or continuing and will continue to be suffered in the future. (*Id.*).

6. Prior to the lawsuit being filed, Plaintiff provided a demand to Defendant on April 23, 2020, attached hereto as Exhibit "B." The estimated cost of Plaintiff's future medical treatment, as determined by Karen Shelton, RN, of ProjectWorks Cost Projections, is allegedly $133,248.89. In addition, Plaintiff demanded $47,680.00 for her past pain and suffering, and $1,547,600.00 for future

2

pain and suffering. Based on current information and belief, the Plaintiff has treated at West Florida Hospital, Emerald Coast Medical Solutions, Innovative Open MRI of Pensacola, and Panhandle Orthopedics. Not all of Plaintiff's medical bills have been obtained by Defendant. Defendant is only in possession of bills from West Florida Hospital ($23,411.00) and Emerald Coast Medical Solutions ($3,195.00) for a total of $26,606.00, attached hereto as Exhibit "C."

7. According to the Plaintiff's medical records from Panhandle Orthopedics, dated February 26, 2020, (attached hereto as Exhibit "D") Dr. Michael Gilmore determined the Plaintiff had a left medial meniscus tear that required surgery. The Plaintiff planned to move forward with the surgery, however it is unknown to Defendant at this time if the Plaintiff has done so. Dr. Gilmore also opined the Plaintiff's sacroiliac pain would require further treatment, with the options of NSAIDS, physical therapy, cortisone injections, and radiofrequency denervation.

8. As listed above, Plaintiff's current known medical expenses are $26,606.00. Her future medical expenses, according to Karen Shelton, RN, are allegedly $133,248.89. Her claimed past and future pain and suffering total $1,595,280.00. All combined, the Plaintiff is seeking $1,755,134.89, well above the $75,000 jurisdictional requirement.

9. Defendant has filed this Notice of Removal within thirty (30) days of service of Plaintiff's Complaint on August 19, 2020. Therefore, this Notice of Removal is timely.

10. Pursuant to 28 U.S.C. § 1446(d), Defendant has given written notice of this removal to all parties and has filed a copy of this Notice of Removal in the Circuit Court, First Judicial Circuit, in and for Escambia County, Florida.

11. The United States District Court for the Northern District of Florida, Pensacola Division, encompasses the location of the State Court action. Thus, Defendant may properly remove the State Court action to this District Court pursuant to 28 U.S.C. §1441(a).

12. The amount in controversy in this case is greater than $75,000.00 exclusive of interest and costs, and there is complete diversity between the parties. Therefore, this United States District Court has original jurisdiction pursuant to 28 U.S.C. §1332.

13. Pursuant to the rules of this Court, Defendant has submitted the $400.00 filing fee.

WHEREFORE, the Defendant respectfully requests that this Court accept the removal of this action from the Circuit Court, First Judicial Circuit, in and for Escambia County, Florida.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with the Clerk of the Court by using the Florida Courts Portal system and furnished to the following named addressees via email on this 17th day of September, 2020:

**Wyatt M. Oakey, Esquire**
Morgan & Morgan, P.A.
220 West Garden Street, 9th Floor
Pensacola, FL 32502
Email: woakey@forthepeople.com; wmoservice@forthepeople.com
Telephone: 850-316-9069
Facsimile: 850-316-9105
*Attorneys for Plaintiff*

    **SAALFIELD SHAD, P.A.**

    /s/ Joseph B. Stokes, III
    _____
    **JOSEPH B. STOKES, III, ESQUIRE**
    Florida Bar Number: 897183
    Email (Primary) jstokes@saalfieldlaw.com
    Email (Secondary) llovein@saalfieldlaw.com;
    wdean@saalfieldlaw.com
    245 Riverside Avenue, Suite 400
    Jacksonville, FL 32202
    904-355-4401 (phone)
    904-355-3503 (facsimile)
    *Attorneys for Defendant*