**2020 CA 000976 - BOURNE, ALLISON vs. TARGET CORPORATION A FOREIGN PROFIT CORPORATION**

| SUMMARY | | | |
|---|---|---|---|
| **Judge:** DANNHEISSER., THOMAS | **Case Type:** PREMISES LIABILITY - COMMERCIAL | **Status:** OPEN | |
| **Case Number:** 2020 CA 000976 | **Uniform Case Number:** 172020CA000976XXXXXX | | |
| **Clerk File Date:** 7/31/2020 | **Status Date:** 7/31/2020 | | |
| **SAO Case Number:** | **Total Fees Due:** 0.00 | | |
| **Agency:** | **Agency Report #:** | **Custody Location:** | |

| PARTIES | | |
|---|---|---|
| **TYPE** | **PARTY NAME** | **ATTORNEY** |
| PLAINTIFF | BOURNE, ALLISON | OAKEY, WYATT M (Main Attorney) |
| DEFENDANT | TARGET CORPORATION A FOREIGN PROFIT CORPORATION | STOKES, JOSEPH B III |

| EVENTS | | | | |
|---|---|---|---|---|
| **DATE** | **EVENT** | **JUDGE** | **LOCATION** | **RESULT** |
| | | No Events on Case | | |

| CASE HISTORY | | | | | | |
|---|---|---|---|---|---|---|
| **CASE NUMBER** | **CHARGE DESCRIPTION** | **CASE STATUS** | **DISPOSITION** | **OUTSTANDING AMOUNT** | **NEXT EVENT** | **ALERTS** |
| | | | No Additional Cases | | | |

| CASE DOCKETS | | | |
|---|---|---|---|
| **IMAGE** | **DATE** | **ENTRY** | |
| Request | 9/8/2020 | NOTICE OF SERVICE OF DEFENDANTS FIRST INTERROGATORIES TO PLAIINTIFF ALLISON BOURN | |
| Request | 9/8/2020 | DEFENDANT'S FIRST REQUEST FOR PRODUCTION TO PLAINTIFF ALLISON BOURN | |
| Request | 9/8/2020 | DEFENDANT, TARGET CORPORATION'S, ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT | |
| Request | 9/3/2020 | NOTICE OF APPEARANCE OF COUNSEL AND EMAIL DESIGNATION | |
| Request | 8/27/2020 | SUMMONS RETURNED SERVED | |
| | 8/3/2020 | WOAKEY@FORTHEPEOPLE.COM, WMOSERVICE@FORTHEPEOPLE.COM, JSTOKES@SAALFIELDLAW.COM, LLOVEIN@SAALFIELDLAW.COM, WDEAN@SAALFIELDLAW.COM, RJCSMITH@SAALFIELDLAW.COM | |
| Request | 8/3/2020 | SUMMONS ISSUED | |
| Request | 8/3/2020 | PAYMENT $410.00 RECEIPT #2020052684 | |
| | 8/3/2020 | PLAINTIFF'S ATTORNEY: OAKEY, WYATT M ASSIGNED | |
| | 8/3/2020 | DANNHEISSER., THOMAS: ASSIGNED | |
| 5 | 7/31/2020 | COMPLAINT | |
| Request | 7/31/2020 | COVERSHEET | |
| | 7/31/2020 | CASE FILED 07/31/2020 CASE NUMBER 2020 CA 000976 | |



Filing # 111103057 E-Filed 07/31/2020 01:01:53 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting <u>data</u> pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>FIRST</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>ESCAMBIA</u>  COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Allison Bourne</u>
Plaintiff

              vs.

<u>Target Corporation c/o CT Corporation System</u>
Defendant

**II.    AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>30,001</u>

**III.    TYPE OF CASE**    (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

| | |
|---|---|
| ☐ Condominium | ☐ Malpractice – other professional |
| ☐ Contracts and indebtedness | ☐ Other |
| ☐ Eminent domain | ☐ Antitrust/Trade Regulation |
| ☐ Auto negligence | ☐ Business Transaction |
| ☒ Negligence – other | ☐ Circuit Civil - Not Applicable |
| ☐ Business governance | ☐ Constitutional challenge-statute or ordinance |
| ☐ Business torts | ☐ Constitutional challenge-proposed amendment |
| ☐ Environmental/Toxic tort | ☐ Corporate Trusts |
| ☐ Third party indemnification | ☐ Discrimination-employment or other |
| ☐ Construction defect | ☐ Insurance claims |
| ☐ Mass tort | ☐ Intellectual property |
| ☐ Negligent security | ☐ Libel/Slander |
| ☐ Nursing home negligence | ☐ Shareholder derivative action |
| ☒ Premises liability – commercial | ☐ Securities litigation |
| ☐ Premises liability – residential | ☐ Trade secrets |
| ☐ Products liability | ☐ Trust litigation |
| ☐ Real Property/Mortgage foreclosure | |
| ☐ Commercial foreclosure | ☐ County Civil |
| ☐ Homestead residential foreclosure | ☐ Small Claims up to $8,000 |
| ☐ Non-homestead residential foreclosure | ☐ Civil |
| ☐ Other real property actions | ☐ Replevins |
| ☐ Professional malpractice | ☐ Evictions |
| ☐ Malpractice – business | ☐ Other civil (non-monetary) |
| ☐ Malpractice – medical | |

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**     **REMEDIES SOUGHT** (check all that apply):
      ☒  Monetary;
      ☐  Non-monetary declaratory or injunctive relief;
      ☐  Punitive

**V.**      **NUMBER OF CAUSES OF ACTION:**
        (Specify)

        1

**VI.**     **IS THIS CASE A CLASS ACTION LAWSUIT?**
        ☐ Yes
        ☒ No

**VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
        ☒ No
        ☐ Yes – If "yes" list all related cases by name, case number and court:

**VIII.**   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
        ☒ Yes
        ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   s/ Wyatt Oakey
        Attorney or party
FL Bar No.: 96471
        (Bar number, if attorney)
        Wyatt Oakey
        (Type or print name)
   Date:  07/31/2020

Filing # 111103057 E-Filed 07/31/2020 01:01:53 PM

**IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT IN AND FOR
ESCAMBIA COUNTY, FLORIDA, CIVIL DIVISION**

**ALLISON BOURN,**                                           CASE NO.:

      Plaintiff,

v.

**TARGET CORPORATION**,
a Foreign Profit Corporation,

      Defendant.

_____/

## COMPLAINT

Plaintiff ALLISON BOURN, by and through her undersigned attorneys, sues Defendant,

TARGET CORPORATION, a Foreign Profit Corporation and alleges:

### COMMON ALLEGATIONS AS TO ALL COUNTS

1.     This is an action for damages that exceed the sum of THIRTY THOUSAND

DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of

Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court).

Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of

the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the

Florida Supreme Court has ordered that the estimated "amount of claim" to be set forth in the civil

cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will

be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2.     At all times material hereto, Plaintiff ALLISON BOURN was a resident of

Pensacola, Escambia County, Florida.

1

3. At all times material to this action, Defendant, TARGET CORPORATION, was and remains a Foreign Profit Corporation authorized to do business and doing business at 4711 Bayou Blvd., Pensacola, Florida.

4. At all times material hereto, Defendant, TARGET CORPORATION, was in possession of, owned, maintained, managed, and/or controlled a retail department store of that certain business known as Target, located at 4711 Bayou Blvd., Pensacola, Florida, said business being open to the general public, including the Plaintiff herein.

5. At said time and place, Plaintiff, ALLISON BOURN, was an invitee at the Target retail department store in which Defendant, TARGET CORPORATION, owned, maintained, managed, and/or controlled.

6. On or about December 22, 2019, Plaintiff visited Defendant, TARGET CORPORATION's subject premises to purchase items from the Defendant, TARGET CORPORATION's retail department store.

7. At said time and place, Plaintiff, ALLISON BOURN, slipped in a puddle of liquid and fell to the floor while walking down an aisle of Defendant, TARGET CORPORATION'S, resale store.

8. At said time and place, Plaintiff was an invitee at said retail store, lawfully upon the premises of the Defendant, TARGET CORPORATION, which owed Plaintiff a duty to exercise reasonable care for her safety.

9. At said time and place, Defendant, TARGET CORPORATION, breached its non-delegable duty owed to Plaintiff, ALLISON BOURN, by committing one or more of the following omissions or commissions:

2

a.     Negligently failing to maintain or adequately maintain the premises, thus creating a hazardous condition in the area of the fall to members of the public utilizing said premises, including the Plaintiff herein, and creating an unreasonably dangerous slipping hazard, to wit: the puddle of liquid on the floor in the aisle, being in violation of the applicable building codes and standards and life safety rules, thus creating an unreasonably dangerous condition for Plaintiff;

b.     Negligently failing to maintain or adequately maintain the premises, thus allowing the puddle of liquid on the floor in the aisle to exist, creating a tripping hazard to members of the General Public, including the Plaintiff herein, thus creating an unreasonably dangerous condition for her;

c.     Negligently failing to inspect or adequately inspect the floor of the aisle, as specified above, to ascertain that the floor and above ceiling was not being properly maintained constituted a slipping hazard to pedestrians, including the Plaintiff herein, thus creating an unreasonably dangerous condition to her;

d.     Negligently failing to inspect or adequately warn the Plaintiff of the danger of the liquid on the floor in the aisle, when Defendant knew, or through the exercise of reasonable care should have known, the floor in the aisle was unreasonably dangerous and that Plaintiff was unaware of same; and

e.     Negligently failing to correct or adequately correct the unreasonably dangerous condition of the ceiling above the aisle on Defendant's premises, when said condition was either known to Defendant, or had existed for a sufficient length of

3

time, such that Defendant should have known of same had Defendant exercised reasonable care.

10.     As a result, while Plaintiff was walking down the aisle at Defendant, TARGET CORPORATION's store, she slipped and fell in the puddle on the floor in the aisle, which resulted in the injuries as set forth.

11.     As a direct and proximate result of the negligence of Defendant, TARGET CORPORATION, Plaintiff, ALLISON BOURN, suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition.  The losses are either permanent or continuing and Plaintiff, ALLISON BOURN, will suffer the losses in the future.

WHEREFORE, Plaintiff, ALLISON BOURN, demands judgment against Defendant, TARGET CORPORATION, for damages, costs of this action, interest, and such other and further relief as this Court may deem meet and just, and demands a trial by jury on all issues so triable.

Plaintiff demands trial by jury of all issues so triable.

_s/ Wyatt M. Oakey_____
**WYATT M. OAKEY, ESQUIRE**
FL Bar No.: 96471
**MORGAN & MORGAN, PLLC**
220 W. Garden St., 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9069
Facsimile: 850-316-9105
Secondary Telephone: 850-876-7804

Secondary Facsimile: 850-876-7828
woakey@forthepeople.com
wmoservice@forthepeople.com
*Attorney for Plaintiff*

## Escambia County Receipt of Transaction
### Receipt #      2020052684

Cashiered by: mbp

Pam Childers
Clerk of Court
Escambia County, Florida

**Received From**

OAKEY, WYATT M
220 W GARDEN ST STE 900
PENSACOLA, FL  32502

**On Behalf Of:**

On:  8/3/20  11:29 am
Transaction # 101500367

| CaseNumber   2020 CA 000976 | | | | | | |
|---|---|---|---|---|---|---|
| Fee Description | Fee | Prior Paid | Waived | Due | Paid | Balance |
| (CA1) CIRCUIT CIVIL FILING FEE | 400.00 | 0.00 | 0.00 | 400.00 | 400.00 | 0.00 |
| (CA93) ISSUANCE OF SUMMONS | 10.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| Total: | 410.00 | 0.00 | 0.00 | 410.00 | 410.00 | 0.00 |
| Grand Total: | 410.00 | 0.00 | 0.00 | 410.00 | 410.00 | 0.00 |

| PAYMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
| EFILING | 28665876 | OK | 410.00 | 0.00 | 0.00 | 0.00 | 410.00 |
| | | Payments Total: | 410.00 | 0.00 | 0.00 | 0.00 | 410.00 |

Credit Card Convenience fee of 3.5% is non-refundable.

**IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA**

**ALLISON BOURNE**

PLAINTIFF,

Vs.                                                    CASE NO:   **2020 CA 000976**

DIVISION:   **F**

**TARGET CORPORATION A FOREIGN PROFIT CORPORATION**

DEFENDANT,

**SUMMONS**

**THE STATE OF FLORIDA:**
**To Each Sheriff of the State:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint in the above styled cause upon the defendant **TARGET CORPORATION A FOREIGN PROFIT CORPORATION C/O CT CORPORATION SYSTEM 1200 S. PINE ISLAND ROAD PLANTATION, FL 33324**

Each defendant is hereby required to serve written defenses to said complaint on

plaintiff's attorney(s), whose address is

**WYATT M OAKEY**
**220 W GARDEN ST STE 900**
**PENSACOLA, FL 32502**

within **20 days** after service of this summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on said attorney or immediately thereafter.  If you fail to do so, a default will be entered against you for the relief demanded in the complaint.

Witness, my hand and the seal of this Court on this **3rd day of August, 2020**

PAM CHILDERS

CLERK OF THE CIRCUIT COURT

By: _Beth Phelps_

Deputy Clerk

* Except when suit is brought pursuant to Section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days.  When suit is brought pursuant to Section 768.28, Florida Statutes, the time to be inserted is 30 days.

CASUM2053P

Filing # 112482054 E-Filed 08/27/2020 12:43:50 PM

AFFIDAVIT OF SERVICE

| Case: 2020 CA 000976 | Court: IN THE CIRCUIT COURT, FIRST JUDICIAL CIRCUIT, IN AND FOR ESCAMBIA COUNTY, FLORIDA | County: Escambia | Job: 4793446 (9883919 ) |
|---|---|---|---|
| Plaintiff / Petitioner: ALLISON BOURNE | | Defendant / Respondent: TARGET CORPORATION, A FOREIGN PRUFIT CORPORATION | |
| Received by: Legalis International | | For: Morgan & Morgan | |
| To be served upon: TARGET CORPORATION A FOREIGN PROFIT CORPORATION C/O CT CORPORATION SYSTEM | | | |

I, UGOCHUKWU NWABUEZE, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: Donna Moch, 1200 S. PINE ISLAND ROAD PLANTATION, FL 33324

Manner of Service: Corporation, Aug 19, 2020, 2:50 pm EDT

Documents: SUMMONS; COMPLAINT.

Additional Comments:
 Successful Attempt: Aug 19, 2020, 2:50 pm EDT at 1200 S. PINE ISLAND ROAD PLANTATION, FL 33324 received by Donna Moch. Age: 53; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'3"; Hair: Brown; Relationship: Manager;

UGOCHUKWU NWABUEZE            Date

Legalis International

Subscribed and sworn to before me by the affiant who is personally known to me

Notary Public

Date            Commission Expires

VIRGIL ULMAN
Commission # GG 222848
Expires September 28, 2022
Bonded Thru Budget Notary Services

Filing # 112859554 E-Filed 09/03/2020 02:19:24 PM

IN THE CIRCUIT COURT, FIRST
JUDICIAL CIRCUIT, IN AND FOR
ESCAMBIA COUNTY, FLORIDA

CASE NO.:   2020-CA-000976
DIVISION:   F

ALLISON BOURN,

      Plaintiff,

vs.

TARGET CORPORATION,
a foreign profit corporation,

      Defendant.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION
## OF EMAIL ADDRESSES FOR SERVICE OF DOCUMENTS

COMES NOW, Joseph B. Stokes, III, Esquire, of SAALFIELD SHAD, P.A., and files this

Notice of Appearance as attorney of record in the above-captioned matter on behalf of the

Defendant, TARGET CORPORATION.

Pursuant to Florida Rule of Judicial Administration 2.516(1)(A), Defendant hereby gives

notice of the primary and secondary email addresses of its counsel as follows:

| | |
|---|---|
| Counsel's Name | Joseph B. Stokes, III |
| Primary Email Address: | jstokes@saalfieldlaw.com |
| Secondary Email Addresses: | llovein@saalfieldlaw.com; wdean@saalfieldlaw.com |
| Tertiary Email Address: | rjcsmith@saalfieldlaw.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with

the Clerk of the Court by using the Florida Courts Portal system and furnished to the following

named addressees via email on this 3rd day of September, 2020:

**Wyatt M. Oakey, Esquire**
Morgan & Morgan, P.A.
220 West Garden Street, 9th Floor
Pensacola, FL 32502
Email: woakey@forthepeople.com; wmoservice@forthepeople.com
Telephone: 850-316-9069
Facsimile: 850-316-9105
*Attorneys for Plaintiff*

                                 **SAALFIELD SHAD, P.A.**

                                 **/s/ Joseph B. Stokes, III**

                                 _____
                                 **JOSEPH B. STOKES, III, ESQUIRE**
                                 Florida Bar Number: 897183
                                 Email (Primary) jstokes@saalfieldlaw.com
                                 Email (Secondary) llovein@saalfieldlaw.com;
                                 wdean@saalfieldlaw.com
                                 **RUBY JO CATHERINE SMITH, ESQUIRE**
                                 Florida Bar Number: 112741
                                 Email (Primary) rjcs@saalfieldlaw.com
                                 245 Riverside Avenue, Suite 400
                                 Jacksonville, FL 32202
                                 904-355-4401 (phone)
                                 904-355-3503 (facsimile)
                                 *Attorneys for Defendant*

Filing # 112980208 E-Filed 09/08/2020 10:50:20 AM

IN THE CIRCUIT COURT, FIRST
JUDICIAL CIRCUIT, IN AND FOR
ESCAMBIA COUNTY, FLORIDA

CASE NO.:   2020-CA-000976
DIVISION:   F

ALLISON BOURN,

     Plaintiff,

vs.

TARGET CORPORATION,
a foreign profit corporation,

     Defendant.

_____/

## DEFENDANT, TARGET CORPORATION'S, ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant, Target Corporation, by and through its undersigned counsel, hereby answers Plaintiff's Complaint, and states as follows:

1. Admitted for jurisdictional purposes only that Plaintiff contends the damages in this case exceed $30,000, otherwise denied.

2. Admitted.

3. Admitted that Defendant Target Corporation is a foreign corporation that operated a business at 4711 Bayou Blvd., Pensacola, Florida, otherwise denied.

4. Admitted that Defendant Target Corporation operated a business at 4711 Bayou Blvd., Pensacola, Florida, otherwise denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9.  Denied, including all subparts.

10. Denied.

11. Denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Plaintiff, ALLISON BOURN, was herself negligent, which negligence was the proximate or contributing cause of her injury and/or injuries. Therefore, any recovery in this action should be reduced on a pro rata basis based upon the degree of her negligence.

### Second Affirmative Defense

This Defendant is entitled to a set-off for any and all benefits received by the Plaintiff from any collateral source as defined by applicable Florida Statutes and case law.

### Third Affirmative Defense

The Plaintiff has failed to mitigate her damages in this case, which failure to mitigate should reduce her claim for damages in direct proportion thereto.

### Fourth Affirmative Defense

Defendant asserts § 768.0755, Florida Statutes, as a defense to this case.

### Demand for Jury Trial

Defendant hereby demands a jury trial on all issues so triable.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with the Clerk of the Court by using the Florida Courts Portal system and furnished to the following named addressees via email on this 8th day of September, 2020:

**Wyatt M. Oakey, Esquire**
Morgan & Morgan, P.A.
220 West Garden Street, 9th Floor

2

Pensacola, FL 32502
Email: woakey@forthepeople.com; wmoservice@forthepeople.com
Telephone: 850-316-9069
Facsimile: 850-316-9105
*Attorneys for Plaintiff*

**SAALFIELD SHAD, P.A.**

**/s/ Joseph B. Stokes, III**

_____
**JOSEPH B. STOKES, III, ESQUIRE**
Florida Bar Number: 897183
Email (Primary) jstokes@saalfieldlaw.com
Email (Secondary) llovein@saalfieldlaw.com;
wdean@saalfieldlaw.com
**RUBY JO CATHERINE SMITH, ESQUIRE**
Florida Bar Number: 112741
Email (Primary) rjcs@saalfieldlaw.com
245 Riverside Avenue, Suite 400
Jacksonville, FL 32202
904-355-4401 (phone)
904-355-3503 (facsimile)
*Attorneys for Defendant*

3

Filing # 112980208 E-Filed 09/08/2020 10:50:20 AM

IN THE CIRCUIT COURT, FIRST
JUDICIAL CIRCUIT, IN AND FOR
ESCAMBIA COUNTY, FLORIDA

CASE NO.:   2020-CA-000976
DIVISION:   F

ALLISON BOURN,

      Plaintiff,

vs.

TARGET CORPORATION,
a foreign profit corporation,

      Defendant.

_____/

## DEFENDANT'S FIRST REQUEST FOR PRODUCTION TO PLAINTIFF ALLISON BOURN

      Defendant, Target Corporation, by and through its undersigned attorneys, hereby requests pursuant to Rule 1.350, Florida Rules of Civil Procedure, that Plaintiff, ALLISON BOURN, produce and permit Defendant to inspect and copy each of the following documents:

      1.     Medical bills, including but not limited to doctors, hospitals and prescriptions arising out of the alleged injuries which are the subject of your Complaint.

      2.     Income tax returns for the years 2015 through 2019, including W-2 forms filed.

      3.     Hospital records concerning any and all hospitalizations arising out of the alleged injuries to Plaintiff which are in your or your attorney's possession, custody or control.

      4.     Medical records from any doctors, nurses or other health care providers who have seen and/or treated Plaintiff as a result of the alleged injuries pled in the Complaint.

      5.     Medical reports, opinions or other written memoranda from doctors, nurses or other health care providers, or expert witnesses containing information concerning the injuries and/or

damages allegedly sustained by Plaintiff which are in your or your attorney's possession, custody or control.

6.      Any and all photographs taken in relation to this incident.

7.      Any and all statements obtained in relation to this case.

8.      All documents which you anticipate you may utilize as exhibits in the trial of this matter.

9.      A copy of the front and back of all health insurance cards including Medicare, Medicaid, and/or private health insurance carriers in possession of the Plaintiff at the time of the accident and anytime thereafter.

10.     All documents and payment information made by third party/collateral source lien holders received by Plaintiff or Plaintiff's counsel in connection with the subject accident.

11.     All documents sent by Plaintiff's counsel to any collateral source lien holders advising them of the subject accident and/or putting said collateral source lien holder on notice.

12.     All documents sent by Plaintiff or received by Plaintiff in connection with any disability insurance in effect at the time of the subject accident.

13.     An original Consent to Release directed to Centers for Medicare & Medicaid Services (CMS) executed by Plaintiff. (Attached hereto).

14.     An original Consent for Release of Information directed to Social Security Administration executed by Plaintiff. (Attached hereto).

15.     An original Authorization for the Use and Disclosure of Protected Health Information directed to Florida Medicaid TPL Recovery Program executed by Plaintiff. (Attached hereto).

16.     An original Request for Copy of Tax Return IRS Form 4506 directed to the Internal Revenue Service executed by Plaintiff. (Attached hereto).

17.     Copies of all records related to any mental health treatment received by Plaintiff in the last ten (10) years, including but not limited to, psychologists, psychiatrists, counselors or therapists. This request specifically includes records of treatment for substance abuse, dependency or addiction.

18.     The shoes worn by the Plaintiff at the time of the incident alleged in Plaintiff's Complaint.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with the Clerk of the Court by using the Florida Courts Portal system and furnished to the following named addressees via email on this 8th day of September, 2020:

**Wyatt M. Oakey, Esquire**
Morgan & Morgan, P.A.
220 West Garden Street, 9th Floor
Pensacola, FL 32502
Email: woakey@forthepeople.com; wmoservice@forthepeople.com
Telephone: 850-316-9069
Facsimile: 850-316-9105
*Attorneys for Plaintiff*

SAALFIELD SHAD, P.A.

/s/ Joseph B. Stokes, III

_____

**JOSEPH B. STOKES, III, ESQUIRE**
Florida Bar Number: 897183
Email (Primary) jstokes@saalfieldlaw.com
Email (Secondary) llovein@saalfieldlaw.com;
wdean@saalfieldlaw.com
**RUBY JO CATHERINE SMITH, ESQUIRE**
Florida Bar Number: 112741
Email (Primary) rjcs@saalfieldlaw.com
245 Riverside Avenue, Suite 400
Jacksonville, FL 32202

3

904-355-4401 (phone)
904-355-3503 (facsimile)
***Attorneys for Defendant***

Form **4506**

(March 2019)

Department of the Treasury
Internal Revenue Service

# Request for Copy of Tax Return

▶ **Do not sign this form unless all applicable lines have been completed.**

▶ **Request may be rejected if the form is incomplete or illegible.**

▶ **For more information about Form 4506, visit** *www.irs.gov/form4506.*

OMB No. 1545-0429

**Tip.** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the original tax return and usually contains the information that a third party (such as a mortgage company) requires. See **Form 4506-T, Request for Transcript of Tax Return,** or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3**  Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4**  Previous address shown on the last return filed if different from line 3 (see instructions)

**5**  If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

Saalfield Shad, P.A., 245 Riverside Avenue, Suite 400, Jacksonville, FL 32202, Telephone No.: 904-355-4401, Fax No.: 904-355-3503

**Caution:** If the tax return is being mailed to a third party, ensure that you have filled in lines 6 and 7 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax return to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your return information, you can specify this limitation in your written agreement with the third party.

**6**  **Tax return requested.** Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶   1040

**Note:** If the copies must be certified for court or administrative proceedings, check here . . . . . . . . . . . . . . . . ☐

**7**  **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| 12/31/2019 | 12/31/2018 | 12/31/2017 | 12/31/2016 |
|---|---|---|---|
| 12/31/2015 | | | |

**8**  **Fee.** There is a $50 fee for each return requested. **Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order.**

| | | |
|---|---|---|
| **a**  Cost for each return . . . . . . . . . . . . . | **$** 50.00 |
| **b**  Number of returns requested on line 7 . . . . . . . . | 5 |
| **c**  Total cost. Multiply line 8a by line 8b . . . . . . . . | **$** 250.00 |

**9**  If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . . . ☒

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☒  Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506. See instructions.

Phone number of taxpayer on line 1a or 2a

**Sign Here**

▶ _____   Signature (see instructions)   Date

▶ _____   Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ _____   Spouse's signature   Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.

Cat. No. 41721E

Form **4506** (Rev. 3-2019)

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506 and its instructions, go to *www.irs.gov/form4506*. Information about any recent developments affecting Form 4506, Form 4506-T and Form 4506T-EZ will be posted on that page.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate (on line 5) a third party to receive the tax return.

**How long will it take?** It may take up to 75 calendar days for us to process your request.

**Tip.** Use Form 4506-T, Request for Transcript of Tax Return, to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of nonfiling, and records of account.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year or period and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

## Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to: |
| --- | --- |
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service RAIVS Team Stop 37106 Fresno, CA 93888 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999 |

## Chart for all other returns

| If you lived in or your business was in: | Mail to: |
| --- | --- |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |

## Specific Instructions

**Line 1b.** Enter your employer identification number (EIN) if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, please include it on this line 3.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. For a business address, file Form 8822-B, Change of Address or Responsible Party — Business.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.



*You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.*

**Individuals.** Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506 but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5a. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. If you request a copy of a tax return, sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 16 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224.

Do not send the form to this address. Instead, see *Where to file* on this page.



RON DESANTIS
GOVERNOR

MARY C. MAYHEW
SECRETARY

**Authorization for the Use and Disclosure of Protected Health Information**

Federal law states that we cannot share an individual's health information without the individual's permission, except in certain situations.  By signing this form, you are giving us permission to share the information you indicate below.  If you decide later that you do not want us to share this information any more, you can revoke this authorization at any time in writing or sign the REVOCATION SECTION on the back of this form and return it to the Florida Medicaid TPL Recovery Program.  This form must be completed and signed by the Medicaid recipient or by an individual who has the authority to act on the Medicaid recipient's behalf (parent of a minor, legal guardian, trustee, power of attorney, personal representative of the estate, grantor of an annuity).

PLEASE COMPLETE THE FOLLOWING SECTIONS

1. **Personal Information:**

   Medicaid Recipient's Name_____ Date of Birth_____

   Medicaid ID Number_____ Social Security Number_____

2. **I give permission to the Agency for Health Care Administration (AHCA) and its contract representatives to share the health information listed below with the following:**

   Name of the Law Firm or Law Office___Saalfield Shad, P.A., 245 Riverside Avenue, #400, Jacksonville, FL 32202___
   Name of the Insurance Company_____
   Other_____

3. **Indicate the purpose for which the disclosure is to be made:**

   __XX__ To substantiate Medicaid's lien relating to a lawsuit
   _____ To substantiate Medicaid's claim against the estate or against a trust account or annuity
   __XX__ Other ___Litigation pending in the State of Florida___

4. **Indicate the information that you want to be disclosed, related to the following (check one):**

   _____The Medicaid lien *relating to the injury or negligence* charges, for the period beginning with the date of incident.
   _____Medicaid's claim against the *estate*.
   _____The amount that is due Medicaid from the *trust account, [Please send a copy of the trust agreement]*.
   _____The amount that is due Medicaid from the *annuity account, [Please send a copy of the annuity agreement]*.
   __XX__Other, *[Please be specific]*. ___Paid Claims History___

5. **Enter the specific date that you want this authorization to expire:  (i.e., one year from date of release)**_____
   (If you do not enter a date, this authorization will expire in five years.)

I understand that the information described above may be redisclosed by the person or group that I hereby give AHCA and its contract representatives permission to share my information with, and that my information would no longer be protected by the federal privacy regulations.  Therefore, I release AHCA, its workforce members, and its contract representatives from all liability arising from the disclosure of my health information pursuant to this agreement.  I understand that I may inspect or request copies of any information disclosed by this authorization if AHCA or its contract representatives initiated this request for disclosure.  I understand that I may revoke this authorization by notifying AHCA through its contractor representatives, in writing, knowing that previously disclosed information would not be subject to my revocation request.  I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, payment or eligibility for benefits.

6. **Recipient Signature**_____ **Print Name**_____**Date**_____
   **OR**
   Name of Legal Representative (Print)_____**Relationship**_____

   Signature of Legal Representative *_____**Date**_____
   * If you are not the individual, but represent the individual, please attach a copy of the legal document that verifies that you are a representative (parent of a minor, legal guardian, trustee, power of attorney, personal representative of the estate, grantor of an annuity).

**INSTRUCTIONS FOR THE USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION**

1.  Complete the front of the form and return it to Florida Medicaid TPL Recovery Program, Post Office Box 12188, Tallahassee, Florida 32317-2188, Phone (toll-free) (877) 357-3268 or Fax (844) 845-8352.

2.  If the signer is a guardian, has a power of attorney or is an authorized representative, documentation of the representative's authority to act on the individual's behalf must be attached.  If an agency has custody of a child and a representative signs the release, include a copy of the custody order.

3.  Special kinds of health information have specific laws and rules that have to be followed before that information can be disclosed.

**HIV and Sexually Transmitted Diseases (STD):**  All information about HIV and sexually transmitted diseases is protected under federal and state laws and cannot be disclosed without your written authorization unless otherwise provided in the regulations.  To release HIV or STD information, this authorization must include a statement in the Information You Want Disclosed section of the specific HIV or STD information that you are giving permission to release.  Re-disclosure of HIV information is not allowed, except in compliance with law or with your written permission.

**Alcohol and Drug Treatment:**  Alcohol and/or drug treatment records are protected under federal and state laws and regulations and cannot be disclosed without your written authorization, unless otherwise provided for in federal and state laws or regulations.  To release alcohol and drug treatment information, this authorization must include a statement in the Information You Want Disclosed section of the specific information that you are giving permission to release, such as "assessment, treatment plan, attendance, discharge plan."  Re-disclosure of you alcohol and/or drug treatment records is not allowed, except in compliance with law or with your written permission.

**Mental Health Treatment:**  Mental health treatment records are protected under federal and state laws and regulations and cannot be disclosed without your written authorization, unless otherwise allowed in federal and state laws or regulations.  To release mental health treatment information, this authorization must include a statement in the Information You Want Disclosed section of the specific information that you are giving permission to release, such as "assessment, treatment plan, attendance, discharge plan."  Also, disclosure of your therapist's own notes (psychotherapy notes) needs separate permission.  Re-disclosure of your mental health treatment records is prohibited, except in compliance with law or with your written permission.

4.  You will be provided with a copy of this form.

---

**REVOCATION SECTION**

To revoke your authorization, complete the following section and return the form to the Florida Medicaid TPL Recovery Program at the address given above.  (Use of this form to revoke your authorization is optional; however, you must submit your revocation request in writing.)

I no longer want my information shared.

Name_____Date of Birth_____

Street Address_____

City_____State_____Zip_____

If applicable, your Medicaid ID number_____

Signature_____Date_____
OR
Signature of Authorized Representative_____Date_____

Relationship of Authorized Representative_____

(Revised March 2019)

**Consent to Release**
**Liability Insurance (Including Self-Insurance), No-Fault Insurance,**
**or Workers' Compensation**

**Where to find Information on "Consent to Release" vs. "Proof of Representation"**

Please refer to the PowerPoint document on this website titled: "Rules and Model Language for 'Proof of Representation' vs. 'Consent to Release' for Medicare Secondary Payer Liability Insurance (Including Self-Insurance), No-Fault Insurance, or Workers' Compensation" for detailed information on

- **When to use a "consent to release" document vs. a "proof of representation" document,**
- Appropriate content for both documents,
- The need for appropriate documentation when there are two layers of representatives involved (examples: attorney 1 refers a case to attorney 2; the beneficiary's guardian hires an attorney to pursue a liability insurance claim) or when a beneficiary's representative signs a "consent to release" document on the beneficiary's behalf,
- What liability insurers (including self-insurers), no-fault insurers, and workers' compensation entities must have in order to obtain conditional payment information, and
- Use of agents by insurers' or workers' compensation.

**General**

A "consent to release" document is used by an individual or entity who does not represent the Medicare beneficiary but is requesting information regarding the beneficiary's conditional payment information. A "consent to release" does not authorize the individual or entity to act on behalf of the beneficiary or make decisions on behalf of the beneficiary.

**Model Language**

See attached. Use of the model language is not required, but any documentation submitted as a "Consent to Release" must include the information the model language requests.

**Where to Submit a " Consent to Release" document:**

**Liability Insurance, No-Fault Insurance, Workers' Compensation:**

**NGHP**
PO Box 138832
Oklahoma City, OK 73113
**Fax: (405) 869-3309**

MODEL LANGUAGE

## CONSENT TO RELEASE

The language below should be used when you, a Medicare beneficiary, want to authorize someone other than your attorney or other representative to receive information, including identifiable health information, from the Centers for Medicare & Medicaid Services (CMS) related to your liability insurance (including self-insurance), no-fault insurance or workers' compensation claim.

I, _____ (print your name exactly as shown on your Medicare card) hereby authorize the CMS, its agents and/or contractors to release, upon request, information related to my injury/illness and/or settlement for the specified date of injury/illness to the individual and/or entity listed below:

## CHECK ONLY ONE OF THE FOLLOWING TO INDICATE WHO MAY RECEIVE INFORMATION AND THEN PRINT THE REQUESTED INFORMATION:

(If you intend to have your information released to more than one individual or entity, you must complete a separate release for each one.)

☐ Insurance Company          ☐ Workers' Compensation Carrier          ☑ Other **Attorney**
                                                                                    (Explain)

| | |
|---|---|
| Name of entity: | Saafield Shad, P.A. |
| Contact for above entity: | Joseph B. Stokes, III |
| Address: | 245 Riverside Avenue |
| Address Line 2: | Suite 400 |
| City/State/ZIP: | Jacksonville, FL 32202 |
| Telephone: | 904-355-4401 |

## CHECK ONE OF THE FOLLOWING TO INDICATE HOW LONG CMS MAY RELEASE YOUR INFORMATION

(The period you check will run from when you sign and date below.):

☑ One Year          ☐ Two Years          ☐ Other _____
                                                                    (Provide a specific period of time)

I understand that I may revoke this "consent to release information" at any time, in writing.

## MEDICARE BENEFICIARY INFORMATION AND SIGNATURE:

Beneficiary Signature: _____     Date signed: _____

Note: If the beneficiary is incapacitated, the submitter of this document will need to include documentation establishing the authority of the individual signing on the beneficiary's behalf. Please visit https://go.cms.gov/cobro for further instructions.

Medicare ID (The number on your Medicare card.): _____

Date of Injury/Illness: _____

Social Security Administration
**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

---

**Instructions for Using this Form**

Complete this form only if you want us to give information or records about you, a minor, or a legally incompetent adult, to an individual or group (for example, a doctor or an insurance company). If you are the natural or adoptive parent or legal guardian, acting on behalf of a minor child, you may complete this form to release only the minor's non-medical records. We may charge a fee for providing information unrelated to the administration of a program under the Social Security Act.

**NOTE:** Do not use this form to:

• Request the release of medical records on behalf of a minor child. Instead, visit your local Social Security office or call our toll-free number, 1-800-772-1213 (TTY-1-800-325-0778), or

• Request detailed information about your earnings or employment history. Instead, complete and mail form SSA-7050-F4. You can obtain form SSA-7050-F4 from your local Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.

**How to Complete this Form**

We will not honor this form unless all required fields are completed. An asterisk (*) indicates a required field. Also, we will not honor blanket requests for "any and all records" or the "entire file." You must specify the information you are requesting and you must sign and date this form. We may charge a fee to release information for non-program purposes.

• Fill in your name, date of birth, and social security number or the name, date of birth, and social security number of the person to whom the requested information pertains.

• Fill in the name and address of the person or organization where you want us to send the requested information.

• Specify the reason you want us to release the information.

• Check the box next to the type(s) of information you want us to release including the date ranges, where applicable.

• For non-medical information, you, the parent or the legal guardian acting on behalf of a minor child or legally incompetent adult, must sign and date this form and provide a daytime phone number.

• If you are not the individual to whom the requested information pertains, state your relationship to that person. We may require proof of relationship.

**PRIVACY ACT STATEMENT**

Section 205(a) of the Social Security Act, as amended, authorizes us to collect the information requested on this form. We will use the information you provide to respond to your request for access to the records we maintain about you or to process your request to release your records to a third party. You do not have to provide the requested information. Your response is voluntary; however, we cannot honor your request to release information or records about you to another person or organization without your consent. We rarely use the information provided on this form for any purpose other than to respond to requests for SSA records information. However, the Privacy Act (5 U.S.C. § 552a(b)) permits us to disclose the information you provide on this form in accordance with approved routine uses, which include but are not limited to the following:

1. To enable an agency or third party to assist Social Security in establishing rights to Social Security benefits and or coverage;
2. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level;
3. To comply with Federal laws requiring the disclosure of the information from our records; and,
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity of SSA programs.

We may also use the information you provide when we match records by computer. Computer matching programs compare our records with those of other Federal, State, or local government agencies. We use information from these matching programs to establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of incorrect payments or overpayments under these programs. Additional information regarding this form, routine uses of information, and other Social Security programs is available on our Internet website, www.socialsecurity.gov, or at your local Social Security office.

**PAPERWORK REDUCTION ACT STATEMENT**

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at** www.socialsecurity.gov. **Offices are also listed under U.S. Government agencies in your telephone directory or you may call 1-800-772-1213 (TYY 1-800-325-0778).** You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. *Send **only** comments relating to our time estimate to this address, not the completed form.*

---

**Form SSA-3288** (11-2016) uf
Destroy Prior Editions

Social Security Administration
**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. (*Signifies a required field. **Please complete these fields in case we need to contact you about the consent form).

**TO: Social Security Administration**

| | | |
|---|---|---|
| *My Full Name | *My Date of Birth (MM/DD/YYYY) | *My Social Security Number |

I authorize the Social Security Administration to release information or records about me to:

**\*NAME OF PERSON OR ORGANIZATION:**

Joseph B. Stokes, III, Esq.

Saalfield Shad, P.A.

**\*ADDRESS OF PERSON OR ORGANIZATION:**

245 Riverside Avenue

Suite 400

Jacksonville, FL 32202

**\*I want this information released because:** Civil Litigation Matter
We may charge a fee to release information for non-program purposes.

**\*Please release the following information selected from the list below:**
**Check at least one box. We will not disclose records unless you include date ranges where applicable.**

1. ☐ Verification of Social Security Number
2. ☒ Current monthly Social Security benefit amount
3. ☒ Current monthly Supplemental Security Income payment amount
4. ☒ My benefit or payment amounts from date 01/01/2009 to date _____
5. ☐ My Medicare entitlement from date _____ to date _____
6. ☒ Medical records from my claims folder(s) from date 01/01/2009 to date _____
   If you want us to release a minor child's medical records, do not use this form. Instead, contact your local Social Security office.
7. ☒ Complete medical records from my claims folder(s)
8. ☒ Other record(s) from my file (We will not honor a request for "any and all records" or "the entire file." You must specify other records; e.g., consultative exams, award/denial notices, benefit applications, appeals, questionnaires, doctor reports, determinations.)

   Application for Benefits, doctor reports, Consultation Evaluation Reports, questionnaires,
   Determinations, appeals, Disability records/start date, and date of entitlement

I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004) that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.

**\*Signature:** _____    **\*Date:** _____

**\*\*Address:** _____    **\*\*Daytime Phone:** _____

**Relationship (if not the subject of the record):** _____    **\*\*Daytime Phone:** _____

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

Form SSA-3288 (11-2016) uf

Filing # 112980208 E-Filed 09/08/2020 10:50:20 AM

IN THE CIRCUIT COURT, FIRST
JUDICIAL CIRCUIT, IN AND FOR
ESCAMBIA COUNTY, FLORIDA

CASE NO.:   2020-CA-000976
DIVISION:   F

ALLISON BOURN,

      Plaintiff,

vs.

TARGET CORPORATION,
a foreign profit corporation,

      Defendant.

_____/

## NOTICE OF SERVICE OF DEFENDANT'S
## FIRST INTERROGATORIES TO PLAINTIFF ALLISON BOURN

      Defendant, Target Corporation, hereby gives notice that Defendant's Interrogatories to

Plaintiff, ALLISON BOURN, numbered one (1) through twenty-eight (28), have been served upon

Plaintiff, c/o Wyatt M. Oakey, Esquire, by Electronic Mail.

### CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with

the Clerk of the Court by using the Florida Courts Portal system and furnished to the following

named addressees via email on this 8th day of September, 2020:

      **Wyatt M. Oakey, Esquire**
      Morgan & Morgan, P.A.
      220 West Garden Street, 9th Floor
      Pensacola, FL 32502
      Email: woakey@forthepeople.com; wmoservice@forthepeople.com
      Telephone: 850-316-9069
      Facsimile: 850-316-9105
      *Attorneys for Plaintiff*

      **SAALFIELD SHAD, P.A.**

      **/s/ Joseph B. Stokes, III**

      _____

**JOSEPH B. STOKES, III, ESQUIRE**
Florida Bar Number: 897183
Email (Primary) jstokes@saalfieldlaw.com
Email (Secondary) llovein@saalfieldlaw.com;
wdean@saalfieldlaw.com
**RUBY JO CATHERINE SMITH, ESQUIRE**
Florida Bar Number: 112741
Email (Primary) rjcs@saalfieldlaw.com
245 Riverside Avenue, Suite 400
Jacksonville, FL 32202
904-355-4401 (phone)
904-355-3503 (facsimile)
***Attorneys for Defendant***

IN THE CIRCUIT COURT, FIRST
JUDICIAL CIRCUIT, IN AND FOR
ESCAMBIA COUNTY, FLORIDA

CASE NO.:    2020-CA-000976
DIVISION:     F

ALLISON BOURN,

     Plaintiff,

vs.

TARGET CORPORATION,
a foreign profit corporation,

     Defendant.

## DEFENDANT, TARGET CORPORATION'S
## NOTICE OF FILING NOTICE OF REMOVAL

Defendant, Target Corporation, by and through its undersigned attorneys, and

pursuant to 28 U.S.C. §1332, §1441, and §1446, hereby gives notice that it has this

date filed with the U.S. District Court for the Northern District of Florida, Pensacola

Division, a Notice of Removal.  A copy of the Notice of Removal (without Exhibits)

is attached hereto as Exhibit "A."

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been

e-filed with the Clerk of the Court by using the Florida Courts Portal system and

furnished to the following named addressees via email on this 17th day of September,

2020:

**Wyatt M. Oakey, Esquire**
Morgan & Morgan, P.A.
220 West Garden Street, 9th Floor

Pensacola, FL 32502
Email: woakey@forthepeople.com; wmoservice@forthepeople.com
Telephone: 850-316-9069
Facsimile: 850-316-9105
*Attorneys for Plaintiff*

**SAALFIELD SHAD, P.A.**

**/s/ Joseph B. Stokes, III**
_____
**JOSEPH B. STOKES, III, ESQUIRE**
Florida Bar Number: 897183
Email (Primary) jstokes@saalfieldlaw.com
Email (Secondary) llovein@saalfieldlaw.com;
wdean@saalfieldlaw.com
245 Riverside Avenue, Suite 400
Jacksonville, FL 32202
904-355-4401 (phone)
904-355-3503 (facsimile)
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALLISON BOURN,

      Plaintiff,

vs.                                CASE NO.:

TARGET CORPORATION, a Foreign
Profit Corporation,

      Defendants.

_____/

## DEFENDANT TARGET CORPORATION'S NOTICE OF REMOVAL

Defendant Target Corporation (hereinafter "Defendant"), by and through its undersigned attorneys and pursuant to 28 U.S.C. § 1446, files with this Court a Notice of Removal of the above-captioned matter from the First Judicial Circuit, in and for Escambia County, Florida.  In support of the removal of this action, Defendant states as follows:

1.  Plaintiff Allison Bourn has filed a civil action in the Circuit Court, First Judicial Circuit, in and for Escambia County, Florida, Case No. 20-CA-00976, for claimed injuries allegedly due to an incident in which Ms. Bourn allegedly slipped and fell on the Defendant's premises on December 22, 2019 in Escambia County, Florida. True and correct copies of all process and pleadings served by or upon Defendant, as provided by 28 U.S.C. § 1446(a), are attached hereto as Exhibit "A".



2.   Defendant removes this action on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332 and § 1441.

3.   At the time of the incident alleged in Plaintiff's Complaint, Plaintiff was a citizen and resident of Escambia County, Florida. (Complaint ¶2).

4.   Defendant Target Corporation, at all relevant times, has been a domiciliary of the State of Minnesota, is incorporated in Minnesota, and has its principal place of business in Minnesota.

5.   The Complaint alleges the damages "exceed Thirty Thousand Dollars ($30,000.00)." (Complaint ¶1). Plaintiff's claimed damages include:  bodily injury, pain and suffering, disability, disfigurement, mental anguish, permanent and significant scarring, mental anguish, loss of capacity for enjoyment of life, hospitalization expenses, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. (Complaint ¶11).  Plaintiff claims these losses are either permanent or continuing and will continue to be suffered in the future. (*Id.*).

6.   Prior to the lawsuit being filed, Plaintiff provided a demand to Defendant on April 23, 2020, attached hereto as Exhibit "B." The estimated cost of Plaintiff's future medical treatment, as determined by Karen Shelton, RN, of ProjectWorks Cost Projections, is allegedly $133,248.89. In addition, Plaintiff demanded $47,680.00 for her past pain and suffering, and $1,547,600.00 for future

pain and suffering. Based on current information and belief, the Plaintiff has treated at West Florida Hospital, Emerald Coast Medical Solutions, Innovative Open MRI of Pensacola, and Panhandle Orthopedics. Not all of Plaintiff's medical bills have been obtained by Defendant. Defendant is only in possession of bills from West Florida Hospital ($23,411.00) and Emerald Coast Medical Solutions ($3,195.00) for a total of $26,606.00, attached hereto as Exhibit "C."

7.     According to the Plaintiff's medical records from Panhandle Orthopedics, dated February 26, 2020, (attached hereto as Exhibit "D") Dr. Michael Gilmore determined the Plaintiff had a left medial meniscus tear that required surgery. The Plaintiff planned to move forward with the surgery, however it is unknown to Defendant at this time if the Plaintiff has done so. Dr. Gilmore also opined the Plaintiff's sacroiliac pain would require further treatment, with the options of NSAIDS, physical therapy, cortisone injections, and radiofrequency denervation.

8.     As listed above, Plaintiff's current known medical expenses are $26,606.00. Her future medical expenses, according to Karen Shelton, RN, are allegedly $133,248.89. Her claimed past and future pain and suffering total $1,595,280.00. All combined, the Plaintiff is seeking $1,755,134.89, well above the $75,000 jurisdictional requirement.

9.      Defendant has filed this Notice of Removal within thirty (30) days of service of Plaintiff's Complaint on August 19, 2020. Therefore, this Notice of Removal is timely.

10.   Pursuant to 28 U.S.C. § 1446(d), Defendant has given written notice of this removal to all parties and has filed a copy of this Notice of Removal in the Circuit Court, First Judicial Circuit, in and for Escambia County, Florida.

11.   The United States District Court for the Northern District of Florida, Pensacola Division, encompasses the location of the State Court action.   Thus, Defendant may properly remove the State Court action to this District Court pursuant to 28 U.S.C. §1441(a).

12.    The amount in controversy in this case is greater than $75,000.00 exclusive of interest and costs, and there is complete diversity between the parties. Therefore, this United States District Court has original jurisdiction pursuant to 28 U.S.C. §1332.

13.   Pursuant to the rules of this Court, Defendant has submitted the $400.00 filing fee.

WHEREFORE, the Defendant respectfully requests that this Court accept the removal of this action from the Circuit Court, First Judicial Circuit, in and for Escambia County, Florida.

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with the Clerk of the Court by using the Florida Courts Portal system and furnished to the following named addressees via email on this 17th day of September, 2020:

**Wyatt M. Oakey, Esquire**
Morgan & Morgan, P.A.
220 West Garden Street, 9th Floor
Pensacola, FL 32502
Email: woakey@forthepeople.com; wmoservice@forthepeople.com
Telephone: 850-316-9069
Facsimile: 850-316-9105
*Attorneys for Plaintiff*

**SAALFIELD SHAD, P.A.**

**/s/ Joseph B. Stokes, III**
_____
**JOSEPH B. STOKES, III, ESQUIRE**
Florida Bar Number: 897183
Email (Primary) jstokes@saalfieldlaw.com
Email (Secondary) llovein@saalfieldlaw.com;
wdean@saalfieldlaw.com
245 Riverside Avenue, Suite 400
Jacksonville, FL 32202
904-355-4401 (phone)
904-355-3503 (facsimile)
*Attorneys for Defendant*